# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| JAMES NICHOLS, | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | **File No. 1:06-cv-90** |
| | : | |
| MVM, INC. and INDUSTRIAL | : | |
| TECHNICAL PROFESSIONAL | : | |
| EMPLOYEES UNION - ITPEU, | : | |
|     Defendants | : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed August 18, 2008.  (Paper 65.)  After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  Defendants' motions for summary judgment (Papers 52 and 53) are GRANTED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 22nd day of September, 2008.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge